The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON L. KREGER, as Co-Representative of the Estate of Dennis W. Kreger, Sr., deceased, and<br><br>ELLA MAE JACKSON-KREGER, as Co-Representative of the Estate of Dennis W. Kreger, Sr., deceased,<br><br>Defendants. | Case No. 3:14-cv-06020-RJB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JASON L. KREGER, AS CO-REPRESENTATIVE OF THE ESTATE OF DENNIS W. KREGER, SR. (DECEASED)** |

Upon consideration of the United States' Motion for Default Judgment and for the good cause appearing therein, it is HEREBY ORDERED THAT:

1. Judgment is entered in favor of the United States and against Jason L. Kreger, as Co-Representative of the Estate of Dennis W. Kreger, deceased.

1

2. Defendant Jason L. Kreger is a Co-Representative of the Estate of Dennis W. Kreger, Sr.  Dennis W. Kreger, Sr. (deceased) is indebted to the United States for unpaid Trust Fund Recovery Penalties in the amount of $168,402.05, including accrued interest calculated under 26 U.S.C. §§ 6601, 6621 through June 15, 2015, plus additional statutory interest to accrue pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) after June 15, 2015 until the balance is paid in full.

Presented by:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Rika Valdman*
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6056 (v)
202-307-0054 (f)
rika.valdman@usdoj.gov

*Of Counsel:*
ANNETTE L. HAYES
United States Attorney
*Counsel for the United States of America*

Dated this 17th day of June, 2015.

_____
ROBERT J. BRYAN
United States District Judge